

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00366-CV

Ana **GUERRA** and Miguel Guerra,
Appellants

v.

Copernicus **GUERRA**, Eric Stubbs and Monica Guerra,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-17589
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellants Ana Guerra and Miguel Guerra.

SIGNED March 9, 2022.

_____
Rebeca C. Martinez, Chief Justice